RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Oscar Ramos,

          Plaintiff,

Vs.

Dong Hyun Choi, et al.,

          Defendants.

Case Number 25-2699 SCR

NOTICE OF CONDITIONAL SETTLEMENT

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Oscar Ramos, and defendants Dong Hyun Choi and Maxx Beauty Supply have agreed to settle this action in its entirety as to all causes of action and as against all defendants. A written settlement agreement has been executed. Plaintiff expects that the terms will be fulfilled within 30 days, at which point plaintiff will be in a position to dismiss the case.

/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: November 7, 2025

Notice of Conditional Settlement

-1-